1  Joel E. Tasca
   Nevada Bar No. 14124
2  Kyle A. Ewing
   Nevada Bar No. 14051
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  ewingk@ballardspahr.com

7  *Attorneys for Defendant*
   *Discover Bank*
8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11 | LISA A. EGGERT,                              | Case No. 2:17-cv-01713-APG-CWH |
12 |         Plaintiff,                           |                                |
13 | vs.                                          |                                |
14 | PHH MORTGAGE D/B/A/ MORTGAGE                 | STIPULATION AND ORDER TO       |
   | SERVICE CENTER; CLARK COUNTY                 | EXTEND DISCOVER BANK'S TIME    |
15 | CREDIT UNION; HYUNDAI MOTOR                  | TO RESPOND TO PLAINTIFF'S      |
   | FINANCE CO.; INFINITI MOTOR                  | COMPLAINT                      |
16 | ACCEPTANCE CORP; DISCOVER                    |                                |
   | BANK; AND EQUIFAX INFORMATION                | (First Request)                |
17 | SERVICES, LLC,                               |                                |
18 |         Defendants.                          |                                |

19

20         Plaintiff Lisa A. Eggert ("Plaintiff") filed a complaint alleging negligent and

21 willful violations of the Fair Credit Reporting Act against Defendant Discover Bank

22 ("Discover"). (ECF No. 1). Discover's response to Plaintiff's complaint is currently

23 due July 17, 2017. Plaintiff and Discover stipulate and agree that the time for

24 Discover to respond be extended an additional four weeks, up to and including

25 August 14, 2017, to provide time for Discover to investigate Plaintiff's allegations and

26 for the parties to discuss early resolution of the claims asserted against Discover.

27 //

28 //

DMWEST #16801898 v1

1  This request is made in good faith and not made for purposes of delay.

2  IT IS SO STIPULATED.

3  July 14, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Kyle A. Ewing | By: /s/ Rachel B. Saturn |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | David Krieger<br>Nevada Bar No. 9086<br>Rachel B. Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue<br>Henderson, NV 89123 |
| *Attorneys for Defendant Discover Bank* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2017

DMWEST #16801898 v1