Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant*
*PHH Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA A. EGGERT,<br><br>  Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE D/B/A/ MORTGAGE SERVICE CENTER; CLARK COUNTY CREDIT UNION; HYUNDAI MOTOR FINANCE CO.; INFINITI MOTOR ACCEPTANCE CORP; DISCOVER BANK; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:17-cv-01713-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Lisa A. Eggert ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant PHH Mortgage Corporation ("PHH"). (ECF No. 1). PHH's response to Plaintiff's complaint is currently due July 17, 2017. Plaintiff and PHH stipulate and agree that the time for PHH to respond be extended an additional four weeks, up to and including August 14, 2017, to provide time for PHH to investigate Plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against PHH.

//

//

DMWEST #16801822 v1

This request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

July 14, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Rachel B. Saturn<br>David Krieger<br>Nevada Bar No. 9086<br>Rachel B. Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue<br>Henderson, NV 89123 |
| *Attorneys for Defendant PHH Mortgage Corporation* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2017

2

DMWEST #16801822 v1