Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA A. EGGERT,<br><br>        Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE D/B/A/ MORTGAGE SERVICE CENTER; CLARK COUNTY CREDIT UNION; HYUNDAI MOTOR FINANCE CO.; INFINITI MOTOR ACCEPTANCE CORP; DISCOVER BANK; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:17-cv-01713-APG-CWH<br><br>**JOINT MOTION AND ORDER TO EXTEND DISCOVER BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff Lisa A. Eggert ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant Discover Bank ("Discover"). (*See* ECF No. 1). Discover's response to Plaintiff's complaint is currently due August 14, 2017. (ECF No. 10). Plaintiff and Discover stipulate and agree that the time for Discover to respond be extended approximately three weeks, up to and including September 5, 2017, to provide time for Discover to investigate Plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against Discover.

//

DMWEST #16875155 v1

This is Plaintiff's and Discover's second request to extend Discover's time to respond to Plaintiff's Complaint. The request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

Dated: August 11, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/<br>David Krieger<br>Nevada Bar No. 9086<br>Rachel B. Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue<br>Henderson, NV 89123 |
| *Attorneys for Defendant Discover Bank* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2017

2

DMWEST #16875155 v1

## CERTIFICATE OF SERVICE

I certify that on August 11, 2017 and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JOINT MOTION AND ORDER TO EXTEND DISCOVER BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Second Request)** was filed and served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, on all parties who have appeared.

                                           /s/    C. Bowman
                                        An employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070