Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant
PHH Mortgage Corporation*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LISA A. EGGERT,

Plaintiff,

vs.

PHH MORTGAGE D/B/A/ MORTGAGE SERVICE CENTER; CLARK COUNTY CREDIT UNION; HYUNDAI MOTOR FINANCE CO.; INFINITI MOTOR ACCEPTANCE CORP; DISCOVER BANK; AND EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No. 2:17-cv-01713-APG-CWH

**JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(Second Request)**

Plaintiff Lisa A. Eggert ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant PHH Mortgage Corporation ("PHH"). (*See* ECF No. 1). PHH's response to Plaintiff's complaint is currently due August 14, 2017. (ECF No. 11). Plaintiff and PHH stipulate and agree that the time for PHH to respond be extended approximately three weeks, up to and including September 5, 2017, to provide time for PHH to investigate Plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against PHH.

//

This is Plaintiff's and PHH's second request to extend PHH's time to respond to Plaintiff's Complaint. The request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

Dated: August 11, 2017.

BALLARD SPAHR LLP

By: /s/
Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant PHH Mortgage Corporation*

HAINES & KRIEGER, LLC

By: /s/
David Krieger
Nevada Bar No. 9086
Rachel B. Saturn
Nevada Bar No. 8653
8985 S. Eastern Avenue
Henderson, NV 89123

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2017



DMWEST #16875174 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2017 and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Second Request)** was filed and served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, on all parties who have appeared.

/s/ C. Bowman
An employee of Ballard Spahr LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070