Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant
PHH Mortgage Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA A. EGGERT,<br><br>        Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE D/B/A/ MORTGAGE SERVICE CENTER; CLARK COUNTY CREDIT UNION; HYUNDAI MOTOR FINANCE CO.; INFINITI MOTOR ACCEPTANCE CORP; DISCOVER BANK; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:17-cv-01713-APG-CWH<br><br>**JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Plaintiff Lisa A. Eggert ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant PHH Mortgage Corporation ("PHH"). (*See* ECF No. 1). PHH's response to Plaintiff's complaint is currently due September 5, 2017. (ECF No. 18). Plaintiff and PHH stipulate and agree that the time for PHH to respond be extended approximately three weeks, up to and including September 26, 2017, to provide time for PHH to investigate Plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against PHH.

//

DMWEST #17012858 v1

This is Plaintiff's and PHH's third request to extend PHH's time to respond to Plaintiff's Complaint. The request is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

Dated: September 5, 2017.

| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ David Krieger<br>David Krieger<br>Nevada Bar No. 9086<br>Rachel B. Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue<br>Henderson, NV 89123 |
| *Attorneys for Defendant PHH Mortgage Corporation* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2017

2

DMWEST #17012858 v1

## CERTIFICATE OF SERVICE

I certify that on September 5, 2017 and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Third Request)** was filed and served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, on all parties who have appeared.

        /s/     C. Bowman
An employee of Ballard Spahr LLP

DMWEST #17012858 v1